B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oliver's Logistics, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**51-0653880** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3614 Pruden Boulevard**<br>**Suffolk, VA**<br>ZIP Code **23434** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Suffolk City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 301**<br>**Suffolk, VA**<br>ZIP Code **23439** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **3608 Pruden Boulevard**<br>**Suffolk, VA 23434** |

<table>
<tr>
<th colspan="2">Type of Debtor<br>(Form of Organization)<br>(Check one box)</th>
<th>Nature of Business<br>(Check one box)</th>
<th colspan="2">Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)</th>
</tr>
<tr>
<td colspan="2">
☐ Individual (includes Joint Debtors)<br>
*See Exhibit D on page 2 of this form.*<br>
■ Corporation (includes LLC and LLP)<br>
☐ Partnership<br>
☐ Other (If debtor is not one of the above entities,<br>
check this box and state type of entity below.)
</td>
<td>
☐ Health Care Business<br>
☐ Single Asset Real Estate as defined<br>
in 11 U.S.C. § 101 (51B)<br>
☐ Railroad<br>
☐ Stockbroker<br>
☐ Commodity Broker<br>
☐ Clearing Bank<br>
■ Other
</td>
<td colspan="2">
☐ Chapter 7<br>
☐ Chapter 9<br>
■ Chapter 11<br>
☐ Chapter 12<br>
☐ Chapter 13<br>
    ☐ Chapter 15 Petition for Recognition<br>
    of a Foreign Main Proceeding<br>
    ☐ Chapter 15 Petition for Recognition<br>
    of a Foreign Nonmain Proceeding
</td>
</tr>
<tr>
<td colspan="2"></td>
<td>
**Tax-Exempt Entity**<br>
(Check box, if applicable)<br>
☐ Debtor is a tax-exempt organization<br>
under Title 26 of the United States<br>
Code (the Internal Revenue Code).
</td>
<td colspan="2">
**Nature of Debts**<br>
(Check one box)<br>
☐ Debts are primarily consumer debts,  ■ Debts are primarily<br>
defined in 11 U.S.C. § 101(8) as  business debts.<br>
"incurred by an individual primarily for<br>
a personal, family, or household purpose."
</td>
</tr>
<tr>
<th colspan="2">Filing Fee (Check one box)</th>
<th colspan="3">Chapter 11 Debtors</th>
</tr>
<tr>
<td colspan="2">
■ Full Filing Fee attached<br><br>
☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>
attach signed application for the court's consideration certifying that the<br>
debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>
Form 3A.<br><br>
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>
attach signed application for the court's consideration. See Official Form 3B.
</td>
<td colspan="3">
Check one box:<br>
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
Check if:<br>
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>
Check all applicable boxes:<br>
☐ A plan is being filed with this petition.<br>
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>
in accordance with 11 U.S.C. § 1126(b).
</td>
</tr>
</table>

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Oliver's Logistics, LLC**

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td colspan="1" align="center"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|      _____<br>     (Name of landlord that obtained judgment) |
|      _____<br>     (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                                Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Oliver's Logistics, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X  **/s/ Todd D. Rothlisberger**
Signature of Attorney for Debtor(s)

**Todd D. Rothlisberger 45819**
Printed Name of Attorney for Debtor(s)

**HARRY JERNIGAN CPA ATTORNEY, P.C.**
Firm Name
**258 N Witchduck Road**
**Suite C**
**Virginia Beach, VA 23462**

Address

**757-490-2200  Fax: 757-490-0280**
Telephone Number
**August 29, 2011**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Todd L. Oliver**
Signature of Authorized Individual
**Todd L. Oliver**
Printed Name of Authorized Individual
**Member**
Title of Authorized Individual
**August 29, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTION OF THE MEMBERS

## OF

## OLIVER'S LOGISTICS, LLC

## ACTION BY MEMBERS
## WITHOUT A SPECIAL MEETING

I, the undersigned, being the sole-member of **Oliver's Logistics, LLC**, a Virginia limited liability company, do hereby unanimously consent, and agree to the adoption without a meeting of the following resolutions:

**RESOLVED**, that the limited liability company is hereby authorized to file a petition pursuant to Chapter 11, Title of the United Stated Code and thereafter proceed to effect a financial reorganization in accordance with the Federal Bankruptcy Code, and it is

**RESOLVED**, that the limited liability company engaged Harry Jernigan CPA Attorney, P.C. to represent the limited liability company during and in connection with the aforementioned bankruptcy proceedings and to perform all legal services as general counsel for the limited liability company, and it is

**RESOLVED**, that Todd L. Oliver, Operating Manager, will be the designated representative for the limited liability company, and it is

**FURTHER RESOLVED**, that the officers be authorized and directed to execute any and all documents and do all other things necessary to effect the intentions of the above resolutions.

There being no further resolutions required at this time, the above is hereby agreed and approved.

Todd L. Oliver, Member

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Oliver's Logistics, LLC** _____    Case No. _____

Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Home Assurance Co.**<br>**c/o Wilson C. Pasley, Esquire**<br>**505 S.Jefferson St, POB 2739**<br>**Roanoke, VA 24001** | **American Home Assurance Co.**<br>**c/o Wilson C. Pasley, Esquire**<br>**505 S.Jefferson St, POB 2739**<br>**Roanoke, VA 24001** | **attorney for American Home Assurance Co.** | **Disputed** | **68,000.00** |
| **American Interstate Insurance**<br>**2301 Highway 190 W**<br>**Deridder, LA 70634** | **American Interstate Insurance**<br>**2301 Highway 190 W**<br>**Deridder, LA 70634** | **services** | | **11,983.00** |
| **Burgess & Co., P.C.**<br>**P.O. Box 634**<br>**Franklin, VA 23851** | **Burgess & Co., P.C.**<br>**P.O. Box 634**<br>**Franklin, VA 23851** | **accounting** | | **6,474.00** |
| **Carr Transport, Inc.**<br>**P.O. Box 627**<br>**New Stanton, PA 15672** | **Carr Transport, Inc.**<br>**P.O. Box 627**<br>**New Stanton, PA 15672** | **services** | | **15,200.00** |
| **Charlie White**<br>**Starr Motors**<br>**2584 Pruden Blvd**<br>**Suffolk, VA 23434** | **Charlie White**<br>**Starr Motors**<br>**2584 Pruden Blvd**<br>**Suffolk, VA 23434** | **services** | | **9,165.00** |
| **East Coast Truck and Trailer**<br>**2906 Elmhurst Ln**<br>**Portsmouth, VA 23701** | **East Coast Truck and Trailer**<br>**2906 Elmhurst Ln**<br>**Portsmouth, VA 23701** | **Truck lease** | | **5,434.00** |
| **Flynn Automotive, Inc.**<br>**1281 Mountain View Road**<br>**Towanda, PA 18848** | **Flynn Automotive, Inc.**<br>**1281 Mountain View Road**<br>**Towanda, PA 18848** | **services** | | **3,600.00** |
| **Infinity Auto Express, Inc.**<br>**3515 Mattingly Road**<br>**Buckner, KY 40010** | **Infinity Auto Express, Inc.**<br>**3515 Mattingly Road**<br>**Buckner, KY 40010** | **services** | | **5,600.00** |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **income tax liabilities** | **Contingent Unliquidated Disputed** | **3,500.00** |
| **Jake's Truck Shop, Inc.**<br>**P.O. Box 506**<br>**1875 Junction Road**<br>**Manheim, PA 17545** | **Jake's Truck Shop, Inc.**<br>**P.O. Box 506**<br>**1875 Junction Road**<br>**Manheim, PA 17545** | **Equipment lease payments** | | **11,982.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Oliver's Logistics, LLC**                                Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kings Fork Diesel Truck Services, Inc.**<br>**3608 Pruden Blvd**<br>**Suffolk, VA 23434** | **Kings Fork Diesel Truck Services, Inc.**<br>**3608 Pruden Blvd**<br>**Suffolk, VA 23434** | **services** | | **3,717.00** |
| **M&M Fleet Repair, Inc.**<br>**P.O. Box 6754**<br>**2792 Trade Street**<br>**Chesapeake, VA 23323** | **M&M Fleet Repair, Inc.**<br>**P.O. Box 6754**<br>**2792 Trade Street**<br>**Chesapeake, VA 23323** | **services** | | **13,587.00** |
| **Midwest Auto Transport, Inc.**<br>**1137 E. McPherson Hwy**<br>**Clyde, OH 43410** | **Midwest Auto Transport, Inc.**<br>**1137 E. McPherson Hwy**<br>**Clyde, OH 43410** | **services** | | **3,025.00** |
| **Miller Mart**<br>**2672 Pruden Blvd**<br>**Suffolk, VA 23434** | **Miller Mart**<br>**2672 Pruden Blvd**<br>**Suffolk, VA 23434** | **services** | | **6,131.00** |
| **Pasha Auto Trucking, LLC**<br>**500 W. Elm St**<br>**Lebanon, MO 65536** | **Pasha Auto Trucking, LLC**<br>**500 W. Elm St**<br>**Lebanon, MO 65536** | **services** | | **5,500.00** |
| **Pender & Coward**<br>**222 Central Park Avenue**<br>**Suite 400**<br>**Virginia Beach, VA 23462-3026** | **Pender & Coward**<br>**222 Central Park Avenue**<br>**Suite 400**<br>**Virginia Beach, VA 23462-3026** | **services** | | **5,287.00** |
| **Precision Diesel, LLC**<br>**926 Freeman Mill Road**<br>**Suffolk, VA 23438** | **Precision Diesel, LLC**<br>**926 Freeman Mill Road**<br>**Suffolk, VA 23438** | **services** | | **11,210.00** |
| **Scott Transportation, Inc.**<br>**P.O. Box 747**<br>**East Windsor, CT 06088** | **Scott Transportation, Inc.**<br>**P.O. Box 747**<br>**East Windsor, CT 06088** | **services** | | **3,400.00** |
| **Taylor Johnson Group**<br>**1081 19th St, Ste 300**<br>**Virginia Beach, VA 23451** | **Taylor Johnson Group**<br>**1081 19th St, Ste 300**<br>**Virginia Beach, VA 23451** | **services** | | **3,625.00** |
| **Western Branch Diesel, Inc.**<br>**P.O. Box 7788**<br>**3504 Shipwright Street**<br>**Portsmouth, VA 23703** | **Western Branch Diesel, Inc.**<br>**P.O. Box 7788**<br>**3504 Shipwright Street**<br>**Portsmouth, VA 23703** | **services** | | **7,304.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Oliver's Logistics, LLC**                                                     Case No. _____
                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **August 29, 2011**                          Signature    **/s/ Todd L. Oliver**

                                                                      **Todd L. Oliver**
                                                                      **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Oliver's Logistics, LLC**
_____,
                                    Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Todd L. Oliver**<br>**563 Longstreet Lane**<br>**Suffolk, VA 23434** | **membership interest** | **100%** | **LLC membership units** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**August 29, 2011**_____        Signature _**/s/ Todd L. Oliver**_____
                                                        **Todd L. Oliver**
                                                        **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

AC Transportation, Inc.
119 E. Penn Avenue
Cleona, PA 17042


ADT Security Services
P.O. Box 371967
2858 Banksville Rod
Pittsburgh, PA 15250-7490


All Points Capital Corp
275 Broadhollow Rd
Melville, NY 11747


American Home Assurance Co.
c/o Wilson C. Pasley, Esquire
505 S.Jefferson St, POB 2739
Roanoke, VA 24001


American Home Assurance Co.
70 Pine Street, Floor 1
New York, NY 10270


American Interstate Insurance
2301 Highway 190 W
Deridder, LA 70634


Artic, Inc.
6262 Holland Road
Suffolk, VA 23437


Auto Express Transport, Inc.
P.O. Box 599
Seaford, DE 19973


Bay Disposal, Inc.
Meeks Disposal Corp.
465 East Indian River Rd
Norfolk, VA 23523


Burgess & Co., P.C.
P.O. Box 634
Franklin, VA 23851

Calina M. Duncan
C&E Pulling LLC
390 Rivermoor Drive
Mogadore, OH 44260


Carr Transport, Inc.
P.O. Box 627
New Stanton, PA 15672


Charlie White
Starr Motors
2584 Pruden Blvd
Suffolk, VA 23434


Charter Communications
P.O. Box 348
Suffolk, VA 23434


Chip's Repair & Towing
P.O. Box 767
1137 Myrtle Street
Suffolk, VA 23434


Cintas Corporation
P.O. Box 630803
Cincinnati, OH 45263


Commercial Cash Flow, LLC
3330 Pacific Avenue, Suite 203
Virginia Beach, VA 23451


D. Willis Trucking, LLC
P.O. Box 2014
1780 Harvest Dr
Frederick, MD 21702


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


David L. Arnold
Pender & Coward PC
160 West Washington St
Suffolk, VA 23434

Dayton Auto Transport, Inc.
109 Zavala Dr.
Pharr, TX 78577


East Coast Truck and Trailer
2906 Elmhurst Ln
Portsmouth, VA 23701


Equilease Financial Services
50 Washington St, 10th Flr
South Norwalk, CT 06854-2710


FCC Equipment Financing, Inc.
P.O. Box 56347
Jacksonville, FL 32241


First Premier Bank
P.O. Box 5147
601 S. Minnesota Ave
Sioux Falls, SD 57104


FleetOne Factoring, LLC
613 Bakertown Road
Antioch, TN 37013


Flynn Automotive, Inc.
1281 Mountain View Road
Towanda, PA 18848


George Scribner
20508 Shady Pond Lane
Zuni, VA 23898


Greg Herndon
965 Hampden Road
Elizabethtown, PA 17022


HLC, III and HLC, IV, LLC
c/o Cross Realty Management Co
1707 N. Main St
Suffolk, VA 23434


Infinity Auto Express, Inc.
3515 Mattingly Road
Buckner, KY 40010

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J&E Trucking LLC
269 Rote 87
Columbia, CT 06237


Jake's Truck Shop, Inc.
P.O. Box 506
1875 Junction Road
Manheim, PA 17545


Key Equipment Finance
11030 Circle Point Rd, 2nd Flr
Broomfield, CO 80020


Kings Fork Diesel Truck
Services, Inc.
3608 Pruden Blvd
Suffolk, VA 23434


Lakeland Bank
250 Oak Ridge Road
Oak Ridge, NJ 07438


Lighthouse Transportation
Services, LLC
2906 Elmhurst Ln
Portsmouth, VA 23701


M&M Fleet Repair, Inc.
P.O. Box 6754
2792 Trade Street
Chesapeake, VA 23323


Michael T. Oliver
1652 Pitch Kettle Road
Suffolk, VA 23434


Midwest Auto Transport, Inc.
1137 E. McPherson Hwy
Clyde, OH 43410

```
Miller Mart
2672 Pruden Blvd
Suffolk, VA 23434


Moore Transport of Tulsa, LLC
1111 Jupiter Rd, Ste 118E
Plano, TX 75074


Optima
4417 Corporation Lane
Virginia Beach, VA 23462


Pasha Auto Trucking, LLC
500 W. Elm St
Lebanon, MO 65536


Pender & Coward
222 Central Park Avenue
Suite 400
Virginia Beach, VA 23462-3026


People's United Equipment
Finance Corp.
P.O. Box 201490
Houston, TX 77216-1490


Precision Diesel, LLC
926 Freeman Mill Road
Suffolk, VA 23438


PrePass
23566 Network Place
Chicago, IL 60673


R&R Automotive Transport, Inc.
2708 Madison Street
Chester, PA 19013


Reserve Account
P.O. Box 856056
5101 Interchange Way
Louisville, KY 40285
```

Ronald H. Williams, Treasurer
City of Suffolk
P.O. Box 1583
Suffolk, VA 23439


Safety Management, Inc.
P.O. Box 12694
5219 Stanart St
Norfolk, VA 23502


Scott Transportation, Inc.
P.O. Box 747
East Windsor, CT 06088


Sentara Obici Occupational
Health
2800 Goodwin Blvd
Suffolk, VA 23434


Taylor Johnson Group
1081 19th St, Ste 300
Virginia Beach, VA 23451


Terminix
P.O. Box 2587
Fayetteville, NC 28302-2587


Todd L. Oliver
563 Longstreet Lane
Suffolk, VA 23434


Toyota Financial Services
Commercial Finance
P.O. Box 3457
Torrance, CA 90510-3457


Verizon Wireless Bankruptcy
Administration
P.O. Box 3397
Bloomington, IL 61702


Virginia Department of
Taxation
P.O. Box 2156
Richmond, VA 23218

Virginia Employment Commission
5145 E Va Beach Blvd.
Norfolk, VA 23502


Western Branch Diesel, Inc.
P.O. Box 7788
3504 Shipwright Street
Portsmouth, VA 23703

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Oliver's Logistics, LLC**
                                          Case No.
                          Debtor(s)       Chapter        **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Oliver's Logistics, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**August 29, 2011**                        **/s/ Todd D. Rothlisberger**
Date                                       **Todd D. Rothlisberger 45819**
                                           Signature of Attorney or Litigant
                                           Counsel for   **Oliver's Logistics, LLC**
                                           **HARRY JERNIGAN CPA ATTORNEY, P.C.**
                                           **258 N Witchduck Road**
                                           **Suite C**
                                           **Virginia Beach, VA 23462**
                                           **757-490-2200 Fax:757-490-0280**

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2009**

Attachment
Sequence No. **09**

Name of proprietor
**Todd L Oliver, Sr.**

Social security number (SSN)
**-1057**

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see page C-2 of the instructions) **Transportation Services** | B Enter code from pages C-9, 10, & 11 ▶ **484120** |
| C | Business name. If no separate business name, leave blank. **Oliver's Logistics, LLC** | D Employer ID number (EIN), if any **51-0653877** |

E   Business address (including suite or room no.) ▶ **104 Stumpy Lake Court**
     City, town or post office, state, and ZIP code   **Suffolk     VA 23434**

F   Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G   Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses ....... ☒ Yes   ☐ No

H   If you started or acquired this business during 2009, check here ........................................... ▶ ☐

### Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See page C-4 and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. ▶ ☐ | 1 | 3,115,050 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 3,115,050 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 3,115,050 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 3,115,050 |

### Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 3,244 | 18 Office expense | 18 | 17,239 |
| 9 | Car and truck expenses (see page C-4) | 9 | | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | 11 | 186,089 | a Vehicles, machinery, and equipment | 20a | 23,256 |
| 12 | Depletion | 12 | | b Other business property | 20b | 15,700 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | 588,461 | 21 Repairs and maintenance | 21 | 184,948 |
| | | | | 22 Supplies (not included in Part III) | 22 | |
| | | | | 23 Taxes and licenses | 23 | 110,091 |
| | | | | 24 Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a Travel | 24a | 16,741 |
| 15 | Insurance (other than health) | 15 | 189,732 | b Deductible meals and entertainment (see page C-6) | 24b | 2,289 |
| 16 | Interest: | | | 25 Utilities | 25 | 2,320 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 Wages (less employment credits) | 26 | 854,201 |
| b | Other | 16b | 113,744 | 27 Other expenses (from line 48 on page 2) | 27 | 882,485 |
| 17 | Legal and professional services | 17 | 1,873 | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 ▶ | 28 | 3,192,413 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -77,363 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | -77,363 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☒ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see page C-9 of the instructions.**

Schedule C (Form 1040) 2009

Todd L Oliver, Sr.                                                    -1057

Schedule C (Form 1040) 2009 **Transportation Services**                                    Page **2**

| | **Part III** | **Cost of Goods Sold** (see page C-8) |

**33** Method(s) used to
value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ..................................................................................... ☐ Yes  ☐ No

| | | |
|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself | **37** | |
| **38** | Materials and supplies | **38** | |
| **39** | Other costs | **39** | |
| **40** | Add lines 35 through 39 | **40** | |
| **41** | Inventory at end of year | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | **42** | |

**Part IV**    **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9
and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find
out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ ............................

**44** Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

**a** Business ...............  **b** Commuting (see instructions) ...............  **c** Other ...............

**45** Was your vehicle available for personal use during off-duty hours? ...................................... ☐ Yes  ☐ No
**46** Do you (or your spouse) have another vehicle available for personal use? ............................... ☐ Yes  ☐ No
**47a** Do you have evidence to support your deduction? .................................................... ☐ Yes  ☐ No
   **b** If "Yes," is the evidence written? ................................................................. ☐ Yes  ☐ No

**Part V**    **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| See Statement 1 | 882,485 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on page 1, line 27 | **48** | 882,485 |

DAA                                                    Schedule C (Form 1040) 2009

| Form **4797** | **Sales of Business Property** (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) ► Attach to your tax return.  ► See separate instructions. | OMB No. 1545-0184 **2009** Attachment Sequence No. **27** |
|---|---|---|
| Department of the Treasury Internal Revenue Service  (99) | | |

| Name(s) shown on return | Identifying number |
|---|---|
| Todd L Oliver, Sr. & Shelly E Anderson | -1057 |

**1** Enter the gross proceeds from sales or exchanges reported to you for 2009 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) ........................................ **1**

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 43 ........................................ | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 ........................... | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ........................... | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft ........................... | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | **7** | 0 |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years (see instructions) ........................... | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) ........................... | **9** | |

### Part II  Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 2002 Ford Crown Victoria | 12/15/08 | 07/10/09 | 4,100 | 1,476 | 4,100 | 1,476 |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 ........................................ | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable ........................... | **12** | |
| **13** | Gain, if any, from line 31 ........................................ | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 35 and 42a ........................... | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 ........................... | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 ........................... | **16** | |
| **17** | Combine lines 10 through 16 ........................................ | **17** | 1,476 |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below: | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 39, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a." See instructions ........................................ | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 | **18b** | 1,476 |

For Paperwork Reduction Act Notice, see separate instructions.                                        Form **4797** (2009)

**There are no amounts for Page 2**

DAA

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

**Depreciation and Amortization**

**(Including Information on Listed Property)**

▶ See separate instructions.    ▶ Attach to your tax return.

OMB No. 1545-0172

**2009**

Attachment
Sequence No. **67**

Name(s) shown on return
**Todd L Oliver, Sr.**

Identifying number
**-1057**

Business or activity to which this form relates
**Transportation Services**

| | Part I | Election To Expense Certain Property Under Section 179 |
|---|---|---|

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

| | Part II | Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instr.) |
|---|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

| | Part III | MACRS Depreciation (Do not include listed property.) (See instructions.) |
|---|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | 586,602 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B—Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | 1,877 | 5.0 | MQ | 200DB | 343 |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

| | Part IV | Summary (See instructions.) |
|---|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 1,516 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 588,461 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2009)

DAA

9098 9:22 AM

**Todd L Oliver, Sr.** -1057

Form 4562 (2009)    Page **2**

| Part V | Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24a | Do you have evidence to support the business/investment use claimed? | ☒ Yes | | No | 24b | If "Yes," is the evidence written? | ☒ Yes | | No |
|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) .................... | | | | | 25 | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| See Statement 2 | | % | 6,789 | 6,789 | | | 1,516 | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................. | | | | | 28 | | 1,516 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 ......................... | | | | | | 29 | | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**do not** include commuting miles) ........................ | | | | | | | | | | | | |
| **31** | Total commuting miles driven during the year ...... | | | | | | | | | | | | |
| **32** | Total other personal (noncommuting) miles driven ... | | | | | | | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 ........................ | | | | | | | | | | | | |
| **34** | Was the vehicle available for personal use during off-duty hours? ........................ | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? ......... | | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use? ...... | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ................. | | |
| **39** | Do you treat all use of vehicles by employees as personal use? ............................................. | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................................ | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) ................. | | |
| | Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles. | | |

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2009 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2009 tax year ........................................ | | | 43 | | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report ........................ | | | 44 | | |

Form **4562** (2009)

DAA

| 9098  Oliver, Sr., Todd L | **Federal Statements** | 9:22 AM |
| -1057 | | |

**Transportation Services**

### Statement 1 - Schedule C, Part V - Other Expenses

| Description | Amount |
|---|---|
| Bank Service Charges | $    20,763 |
| Broker Fees | 100 |
| Cable/Internet | 1,299 |
| Compliance Fees | 19,777 |
| Damage | 13,623 |
| Documentation Fees | 975 |
| Driver Physical | 535 |
| Driver Qualification | 255 |
| Drug Testing | 1,501 |
| Dues & Subscription | 2,495 |
| Finance Charges | 43,743 |
| Fuel | 662,801 |
| Gas | 1,435 |
| Travel-Hotel | 24,008 |
| Licenses & Permits | 1,790 |
| Locksmith & Keys | 57 |
| Medical | 5,367 |
| Miscellaneous Expense | 623 |
| Payment Fees | 18,381 |
| Payroll Service Fees | 5,203 |
| Postage | 3,634 |
| Public Relations | 647 |
| Repo Fees | 785 |
| Security | 847 |
| Telephone | 15,339 |
| Tolls | 19,802 |
| Towing | 4,199 |
| Truck Misc Expense | 1,163 |
| Truck Supplies | 5,917 |
| Truck Wash | 5,421 |
| Total | $   882,485 |

| 9098  Oliver, Sr., Todd L | | |
|---|---|---|
| -1057 | **Federal Statements** | 9:22 AM |

**Transportation Services**

    **Statement 2 - Form 4562, Line 26 - Property Used More Than 50% in a Qualified Business**

| | | Property Type | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Bus % | Cost | Dep Basis | Per | Method | Deduct | Sec 179 |
| Fax/Copier/Printer | | | | | | | |
| 3/04/08 | 100.00 | $ 735 | $ 735 | 5.0 | 200DBHY | $ 235 | $ |
| Computer-Desktop | | | | | | | |
| 4/24/08 | 100.00 | 838 | 838 | 5.0 | 200DBHY | 268 | |
| Dell Computer | | | | | | | |
| 5/29/08 | 100.00 | 1,116 | 1,116 | 5.0 | 200DBHY | 357 | |
| 2002 Ford Crown Victoria | | | | | | | |
| 12/15/08 | 100.00 | 4,100 | 4,100 | 5.0 | 200DBHY | 656 | |
| Total | | $ 6,789 | $ 6,789 | | | $ 1,516 | $ 0 |

2

Year Ending: December 31, 2009                                    -1057        9098

Todd L Oliver, Sr.
104 Stumpy Lake Court
Suffolk, VA  23434

## Electing out of the 50% Bonus Depreciation Allowance
## for All Eligible Depreciable Property

The taxpayer elects out of the 50% first-year bonus depreciation allowance under IRC Section 168(k) for all eligible asset classes of depreciable property acquired after December 31, 2007. This election applies to all qualified 50% bonus depreciation property placed in service during the tax year.

9098  Oliver, Sr., Todd L
    -1057
FYE: 12/31/2009

# Federal Asset Report
## Transportation Services

9:22 AM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| **5-year GDS Property:** | | | | | | | | | | | | |
| 23 | Dell Computer | 1/08/09 | 827 | | | | 827 | 5 | MQ | 200DB | 0 | 290 |
| 24 | Printer | 11/12/09 | 1,050 | | | | 1,050 | 5 | MQ | 200DB | 0 | 53 |
| | | | 1,877 | | | | 1,877 | | | | 0 | 343 |
| | | | | | | | | | | | | |
| **Prior MACRS:** | | | | | | | | | | | | |
| 5 | Trailer #T1 | 1/02/08 | 75,778 | | | | 75,778 | 5 | HY | 200DB | 15,156 | 24,249 |
| 6 | Truck #2 | 1/11/08 | 152,239 | | | | 152,239 | 3 | HY | 200DB | 50,746 | 67,662 |
| 7 | Trailer #T2 | 1/11/08 | 77,287 | | | | 77,287 | 5 | HY | 200DB | 15,457 | 24,732 |
| 8 | Truck #3 | 1/11/08 | 148,589 | | | | 148,589 | 3 | HY | 200DB | 49,530 | 66,039 |
| 9 | Trailer #T3 | 1/11/08 | 78,208 | | | | 78,208 | 5 | HY | 200DB | 15,642 | 25,026 |
| 10 | Truck #7 | 2/21/08 | 155,543 | | | | 155,543 | 3 | HY | 200DB | 51,848 | 69,130 |
| 11 | Trailer #T7 | 2/21/08 | 76,269 | | | | 76,269 | 5 | HY | 200DB | 15,254 | 24,406 |
| 12 | Truck #8 | 3/07/08 | 100,182 | | | | 100,182 | 3 | HY | 200DB | 33,394 | 44,525 |
| 15 | Truck #10 | 9/10/08 | 104,280 | | | | 104,280 | 3 | HY | 200DB | 34,760 | 46,347 |
| 16 | Trailer #T10 | 9/10/08 | 57,513 | | | | 57,513 | 5 | HY | 200DB | 11,503 | 18,404 |
| 17 | Truck #11 | 10/29/08 | 130,000 | | | | 130,000 | 3 | HY | 200DB | 43,333 | 57,778 |
| 18 | Trailer #T11 | 10/29/08 | 52,620 | | | | 52,620 | 5 | HY | 200DB | 10,524 | 16,838 |
| 19 | Truck #12 | 10/29/08 | 130,000 | | | | 130,000 | 3 | HY | 200DB | 43,333 | 57,778 |
| 20 | Trailer #T12 | 10/29/08 | 52,620 | | | | 52,620 | 5 | HY | 200DB | 10,524 | 16,838 |
| 21 | Truck #450 | 3/16/08 | 60,413 | | | | 60,413 | 3 | HY | 200DB | 20,138 | 26,850 |
| | | | 1,451,541 | | | | 1,451,541 | | | | 421,142 | 586,602 |
| | | | | | | | | | | | | |
| **Listed Property:** | | | | | | | | | | | | |
| 1 | Fax/Copier/Printer | 3/04/08 | 735 | | | | 735 | 5 | HY | 200DB | 147 | 235 |
| 2 | Computer-Desktop | 4/24/08 | 838 | | | | 838 | 5 | HY | 200DB | 168 | 268 |
| 3 | Dell Computer | 5/29/08 | 1,116 | | | | 1,116 | 5 | HY | 200DB | 223 | 357 |
| 22 | 2002 Ford Crown Victoria | 12/15/08 | 4,100 | | | | 4,100 | 5 | HY | 200DB | 820 | 656 |
| | Sold/Scrapped:  7/10/09 | | | | | | | | | | | |
| | | | 6,789 | | | | 6,789 | | | | 1,358 | 1,516 |
| | | | | | | | | | | | | |
| | **Grand Totals** | | 1,460,207 | | | | 1,460,207 | | | | 422,500 | 588,461 |
| | **Less: Dispositions and Transfers** | | 4,100 | | | | 4,100 | | | | 820 | 656 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 1,456,107 | | | | 1,456,107 | | | | 421,680 | 587,805 |