# United States Bankruptcy Court
**Eastern District of Virginia**
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

In re:  
 Oliver's Logistics, LLC

**Case Number**   11−73953−SCS  
**Chapter**   11  
**Judge**   Stephen C. St. John

Debtor(s)

## ** CONFIRMATION OF REQUEST FOR HEARING **

To:       **Todd Rothlisberger, Esq.**

A hearing has been scheduled for

**Date:**   September 9, 2011        **Time:**   09:30 AM  
**Location:**   U. S. Courthouse, 2400 West Avenue, Newport News, VA 23607

to consider and act upon the following:

*11* − Emergency Motion to Authorize Payment of Wages and Benefits to Employees filed by Todd D. Rothlisberger of Harry Jernigan CPA Attorney, P.C. on behalf of Oliver's Logistics, LLC. (Rothlisberger, Todd)

As the party requesting the hearing, you are responsible for sending notice to all other applicable parties.

The Notice of Hearing and Certificate of Service must be filed within 7 days from the date of this confirmation.

**It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions.**

FAILURE TO COMPLY WITH THESE NOTICING INSTRUCTIONS MAY RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET.

Dated:   September 7, 2011            For the Court,

[con_req_hrgvDec2009.jsp]

William C. Redden, Clerk  
United States Bankruptcy Court

Attorney for Debtor:   Todd D. Rothlisberger  
 Trustee:   None